IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TANESSA NICOLE DOLLAR**                                                  **PLAINTIFF**

v.                    Case No. 4:18-cv-00009-KGB/JTK

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 13). No objections have been filed, and the time to file an objection has passed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (Dkt. No. 13). Accordingly, the Court reverses and remands the decision of defendant Acting Commissioner Nancy Berryhill. The Court instructs Acting Commissioner Berryhill to develop the record as necessary and to reconsider plaintiff Tanessa Nicole Dollar's residual functional capacity in the light of all of her impairments.

So ordered this 26th day of March, 2019.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge