**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**TANESSA NICOLE DOLLAR**                                           **PLAINTIFF**

**v.**                                   **Case No. 4:18-cv-00009-KGB/JTK**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the decision of defendant Acting Commissioner Nancy Berryhill is reversed, and this case is remanded for further proceedings consistent with this Court's Order.

So adjudged this 26th day of March, 2019.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge